# United States District Court
## District of Massachusetts

IHEANYI D. OKOROAFOR,              )
                    Plaintiff      )       ORDER ON APPLICATION
                                   )       TO PROCEED WITHOUT
        v.                         )       PREPAYMENT OF FEES
                                   )
DEPARTMENT OF MENTAL               )
HEALTH, et al.,                    )
                    Defendants     )       Civil Action No. 05-30184-KPN

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒      GRANTED.

   ☒      The clerk is directed to file the complaint.

   ☒      IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐      DENIED, for the following reasons:

ENTERED on  August 9, 2005  .

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge