UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 05-30184-KPN

| | )
|---|---|
| IHEANYI D. OKOROAFOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF MENTAL HEALTH AND | ) |
| BRIAN DEVIN PERSONALLY | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ENTRY OF APPEARANCE**

The undersigned hereby enters an appearance in this action on behalf of defendants Massachusetts Department of Mental Health and Brian Devin.

**COMMONWEALTH DEFENDANTS,
THOMAS F. REILLY
ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO#618656

CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on October 12, 2005, I served a copy of the foregoing **ENTRY OF APPEARANCE** by First-Class Mail, postage prepaid, on the following parties of record:
Iheanyi D. Okoroafor, 58 North Prospect St., Amherst, MA 01002

By: /s/ Timothy M. Jones
Timothy M. Jones

1