**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| PLAINTIFF: IHEANYI D. OKOROAFOR | COURT CASE NUMBER: 05-30184 KPN |
| DEFENDANT: Dept. of Mental Health et al. | TYPE OF PROCESS: |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BRIAN DEVIN

AT ADDRESS: 600 Washington Street, Boston, MA 02111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

IHEANYI D. OKOROAFOR
58 NORTH PROSPECT STREET
AMHERST, MA 01002

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 2
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

LABOR RELATIONS
EOHHS, OFFICE OF HEALTH
600 WASHINGTON ST., 2nd Floor
Boston, MA 02111

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (413) 256 4176
DATE: 8/11/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 3P
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: [signature] 9/14/05
Date: 8/22/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Theresa Harkin

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/4/05  Time: 9:05 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: Mailed for service, USM Boston - 9/12/05.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# United States District Court

_____ DISTRICT OF _____

Iheanyi D. Choroafor                     SUMMONS IN A CIVIL CASE

v.                                        CASE NUMBER: 05-30184-MPN

Dept. of Mental Health

TO: (Name and address of defendant)   Brian Devin
    EOHHS
    600 Washington Street, 2nd Floor
    Boston, MA 02111

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _____                    DATE  8/12/05

(BY) DEPUTY CLERK _Mary Finn_

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>IHEANYI D. OKOROAFOR | COURT CASE NUMBER<br>05-30184-KPN |
| DEFENDANT<br>DEPT. OF MENTAL HEALTH et al. | TYPE OF PROCESS |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELAINE HILL, Area Director

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  Central Mass. Dept. of Mental Health, 305 Belmont St.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

IHEANYI D. OKOROAFOR
58 North Prospect Street
Amherst, MA 01002

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Area Office of Dept. of Mental Health
Worcester State Hospital
305 Belmont Street
Worcester, MA 01604

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
ID Okoroafor
TELEPHONE NUMBER: (413) 256 4176
DATE: 8/11/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 3A | District to Serve<br>No. 3A | Signature of Authorized USMS Deputy or Clerk | Date<br>8/23/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/22/05    Time: 1330 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Mailed for service, USM Boston - 9/12/05. Process forward to Worcester office 9/16/05 rt

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# United States District Court

_____ DISTRICT OF _____

Iheanyi D. Okoreafor

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 05-30184-KPN

Elaine Hill, Dept. of Mental Health

TO: (Name and address of defendant)

Elaine Hill
305 Belmont Street
Worcester, MA 01604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_____  DATE  8/12/05
CLERK

_Mary Jenn_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9-22-05 |
| NAME OF SERVER (PRINT) Cynthia DeCaire-Bohn | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 305 Belmont St. Worcester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-26-05
             Date                              Signature of Server

Address of Server
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.