# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

IHEANYI D. OKOROAFOR,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:05 -30184 -MAP

DEPARTMENT OF MENTAL HEALTH
and BRIAN DEVIN Personally,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Department of Mental Health, et al, against the plaintiffs Iheanyi D. Okoroafor, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                              **SARAH A. THORNTON**,
                                              CLERK OF COURT

Dated: November 2, 2005               By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                 [jgm.]