58 North Prospect Street
Amherst, MA 01002
November 14, 2005

Sarah Thornthon, Clerk of Court
Office of the Clerk
United States Courthouse
1500 Main Street
Springfield, MA 01103

Re: A Petition in Response to Action taken on Civil Action # 3:05-30184-MAP

I am writing to file a petition on the action taken by Judge Michael A. Ponsor on case #: CV-30184 without a trial or hearing. It is inconceivable to note that the very issue (denial of "due process") for which I was seeking redress from my Employer, DMH is the same treatment I am receiving from the Justice Department.

When I received a copy of "Motion to dismiss the case in question", I called your office to ask what I needed to do but was told that I did not have to do anything but to accept the proposal for the case to be heard by a Magistrate Judge, which I did. It is disturbing to note that everything was done electronically between the Court and the Defendants without the Plaintiff. The only thing the Plaintiff was made aware of is the transaction the Defendants had with the Judge, which resulted in the dismissal of the case without any reason. The injustice in this matter is that the Department of Mental Health and Brian Devin accused me of inappropriate action for which they took a drastic action against me without due process and each time they are confronted with proving their accusations, they resorted to filing a motion to dismiss because they do not want the truth to be known.

According to the copy of the Judge's NOTICE OF JUDGEMENT IN A CIVIL CASE, there was an indication that the case came to "trial or hearing" to which I was not invited, is that true? I am curious to know about the "trial or hearing". I hereby protest against the action in question. I look forward to hearing from you on this matter.

Looking forward to be hearing from you soon. Thank you for your cooperation.

Sincerely

Iheanyi D. Okoroafor, Ed.D.

Cc: Judge Michael A. Ponsor
    Timothy M. Jones
    Dept. of Mental Health