

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
WESTERN MASSACHUSETTS DIVISION
1350 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1629

THOMAS F. REILLY
ATTORNEY GENERAL

(413) 784-1240
www.ago.state.ma.us

November 22, 2005

Idhanyi D. Okorafor
58 North Prospect Street
Amherst, MA 01002

Re:   *Iheanyi Okoroafor v. Department of Mental Helath, et al.*
      U.S.D.C., Western Section, Civil Action No. 05-30184-KPN

Dear Mr. Okorafor:

I received a notice today from the Court that it was granting you more time to respond to the motion to dismiss, which it had allowed. The Court did this in response to a November 14, 2005 letter from you to Sarah Thornton. On that letter, you represented that you provided me with a courtesy copy of it (the letter). To date, I still have not received such letter from you. Please be aware, that you are required by the Rules of Civil Procedure and Local Rules of the Court to provide me with a copy of correspondence and other documents you submit to the Court.

Very truly yours,

Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division

TMJ/csb

cc: Maurice Lindsay, Clerk, U.S. District Court, Western MA Division
    Robert Wagner, Esquire, DMH