UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30184-KPN

| | |
|---|---|
| IHEANYI D. OKOROAFOR,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| DEPARTMENT OF MENTAL HEALTH AND<br>BRIAN DEVIN PERSONALLY<br>    Defendants | )<br>)<br>) |

### ENTRY OF LIMITED APPEARANCE

    The undersigned hereby enters a limited appearance in this action on behalf of the Plaintiff, Iheanyi D. Okoroafor, specifically limited to Plaintiff's opposition to Defendant's Motion To Dismiss.

DATED: December 15, 2005

THE PLAINTIFF,
BY HIS ATTORNEY,

_____
Charles J. Sclafani, Jr.
BBO# 550411

Johnson & Sclafani
776 Westfield Street
West Springfield, MA 01089
413-732-8356
413-436-0480

CERTIFICATE OF SERVICE

I, Charles J. Sclafani, Jr., attorney for the Plaintiff, Iheanyi D. Okoroafor, hereby certify that on this 15th day of December, 2005, I served a copy of the foregoing *Entry of Limited Appearance* by electronic filing to all parties of interest.

_____
Charles J. Sclafani, Jr.