UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30184-KPN

IHEANYI D. OKOROAFOR,　　　　　　　　)
　　　　　Plaintiff　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
DEPARTMENT OF MENTAL HEALTH AND　　)
BRIAN DEVIN PERSONALLY　　　　　　　)
　　　　　Defendants　　　　　　　　　　)

## PLAINTIFF'S MOTION TO CONTINUE DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Now comes the Plaintiff, Iheanyi D. Okoroafor, by his attorney in regard to the above-entitled action, respectfully requests that the *Plaintiff's Motion to Continue Deadline to File Opposition to Defendant's Motion To Dismiss* be allowed, for the reasons specified as follows:

1. Reference is made to counsel's limited appearance for the Plaintiff filed immediately prior hereto;

2. The undersigned attorney for the Plaintiff has just been retained in this action;

3. Counsel understands that on November 21, 2005 Judge Ponsor ordered that Plaintiff was given until December 16, 2005 to file his opposition to Defendant's Motion to Dismiss on Plaintiff's Motion for Reconsideration;

4. Counsel for the Plaintiff requires a reasonable continuance and period of time in order to review all material and information to properly prepare and file Plaintiff's opposition.

Wherefore, Plaintiff requests that his Motion to Continue be granted.

                                                    THE PLAINTIFF,
                                                    BY HIS ATTORNEY,

DATED: December 15, 2005                  _____
                                                      Charles J. Sclafani, Jr.
                                                      BBO# 550411
                                                      Jason R. Herrick
                                                      BBO# 647446

                                                      Johnson & Sclafani
                                                      776 Westfield Street
                                                      West Springfield, MA 01089
                                                      413-732-8356
                                                      413-436-0480

## CERTIFICATE OF SERVICE

    I, Charles J. Sclafani, Jr., attorney for the Plaintiff, Iheanyi D. Okoroafor, hereby certify that on this 15th day of December, 2005, I served a copy of the foregoing *Plaintiff's Motion to Continue Deadline to File Opposition to Defendant's Motion To Dismiss* by electronic filing.

                                                      _____
                                                      Charles J. Sclafani, Jr.