UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30184-KPN

|  |  |
|---|---|
| IHEANYI D. OKOROAFOR | ) |
| Plaintiff | ) |
| v. | ) |
| DEPARTMENT OF MENTAL HEALTH AND BRIAN DEVIN PERSONALLY | ) |
| Defendants. | ) |

**DEFENDANTS' ASSENTED TO MOTION
FOR EXTENSION TO RESPOND TO AMENDED COMPLAINT**

The Attorney General, on behalf of the defendants, requests this Court to allow this motion to enlarge the time to respond to plaintiff's amended complaint by 45 days, or until and including March 30, 2006. In support of this motion, the defendants state the following:

1. The Amended Complaint was accepted for filing on February 3, 2006, *but* the undersigned was not electronically notified of this until February 7, 2006.

2. The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint.

3. Plaintiff's counsel assented to the above extension to respond to the complaint.

WHEREFORE, for the above reasons, the defendants request that the Court grant their motion to enlarge the time to respond to plaintiff's amended complaint until and including March 30, 2006.

**DEFENDANTS,**

**THOMAS F. REILLY**
**ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
    Timothy M. Jones
    Assistant Attorney General
    Western Massachusetts Division
    1350 Main Street, 4th Floor
    Springfield, MA 01103
    (413)784-1240 ext. 105
    (413)784-1244 - Fax
    BBO#618656

CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify this the 14th day of February, 2006 that it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

By: /s/ Timothy M. Jones
    Timothy M. Jones