UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 05-30184-KPN

|  |  |
|---|---|
| IHEANYI D. OKOROAFOR | ) |
| Plaintiff | ) |
| v. | ) |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH | ) |
| Defendant. | ) |

**DEFENDANT'S ASSENTED TO MOTION
FOR AN EXTENSION TO RESPOND TO AMENDED COMPLAINT**

The Attorney General, on behalf of the defendant, requests that the Court allow this motion to enlarge the time to respond to plaintiff's amended complaint by 30 days, or until and including June 1, 2006. In support of this motion, the defendant states the following:

1. The undersigned Assistant Attorney General believes that there are several fatal problems with the claims pled in the amended complaint. Plaintiff's counsel was notified of this pursuant to LR 7.1(A)(2). The plaintiff's counsel needs additional time to investigate the asserted problems.

2. Plaintiff's counsel assented to the above extension to respond to the complaint.

3. Allowance of this motion is in the interest of judicial economy, as it could avoid the Court and the parties having to resolve the issues on a motion to dismiss.

WHEREFORE, for the above reasons, the defendant requests that the Court grant this motion to enlarge the time to respond to plaintiff's amended complaint until and including June 1, 2006.

                                **DEFENDANTS,**

                                **THOMAS F. REILLY**
                                **ATTORNEY GENERAL**

By: /s/ Timothy M. Jones
     Timothy M. Jones
     Assistant Attorney General
     Western Massachusetts Division
     1350 Main Street, 4th Floor
     Springfield, MA 01103
     (413)784-1240 ext. 105
     (413)784-1244 - Fax
     BBO#618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify this the 27th day of April, 2006 that it is my understanding that plaintiff's counsel will be served with this pleading via the CM/ECF filing system.

By: /s/ Timothy M. Jones
     Timothy M. Jones