

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
WESTERN MASSACHUSETTS DIVISION
1350 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1629

THOMAS F. REILLY
ATTORNEY GENERAL

(413) 784-1240
www.ago.state.ma.us

June 27, 2006

Charles J. Sclafani, Jr., Attorney at Law
Johnson & Sclafani
776 Westfield Street
West Springfield, MA 01089

Re:  *Iheanyi Okoroafor v. Department of Mental Helath, et al.*
     U.S.D.C., Western Section, Civil Action No. 05-30184-KPN

Dear Mr. Sclafani:

This will confirm that you have agreed to dismiss this matter in its entirety without prejudice. Please effectuate this in the near future.

If you have any questions, please contact me at the above number (ext. 105).

Very truly yours,

Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division

TMJ/csb
xc: John C. Stuckenbruck, Deputy Clerk