**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

IHEANYI OKOROAFOR
       Plaintiff

V.                                                CIVIL ACTION NO. 05-30184-MAP

DEPARTMENT OF MENTAL HEALTH
ET AL.,
       Defendant

**SETTLEMENT ORDER OF DISMISSAL**

PONSOR, D.J.

     The Court having been advised on June 27, 2006 that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                                            By the Court,

June 27, 2006                                            /s/  Mary Finn
Date                                                               Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                    [stlmtodism.]