Iheanyi D. Okoroafor
7 Ingram Street
South Hadley, MA 01075
June 15, 2007

Judge Michael A. Ponsor
United States District Court
District of Massachusetts (Springfield)
1550 Main Street
Springfield, MA 01103

Re: Civil Action No.:3 : 05-cv-30184-MAP

Plaintiff
Iheanyi D. Okoroafor


Vs.

Defendant
Department of Mental Health
And

Defendant
Brian Devin

Sir,

Petition to report a deceptive practice in the said case

I hereby write this letter to report of some deceptive practices committed by Attorney Charles J. Sclafani in handling this case. He failed to keep me informed of what was going on with the case as far as his meetings with the defendants' Attorney, Mr. Jones are concerned despite series of inquiries from me.

According to the docket text, which I obtained from your office that I did not know about prior to March 23. I found out about transactions that took place without my knowledge such as the series of extensions the defendants requested from the Judge between the period of February 3, 2006 through June 1, 2006 for no apparent reasons. It appeared strange to me that my attorney did not raise any opposition to such requests. During this period I constantly requested updates on the case without any success. My attorney failed to disclose to me every transaction he entered into with the defendants' attorney and in most cases such transactions were detrimental to my interest.

Again I observed from the Docket Text, a strange and deceptive occurrence, where the defendants' attorney, who ran out of time with extensions requests and therefore decided

to make a non-motion request, (Letter) on June 28, 2006 asking for Sixty (60) day settlement ORDER, whatever that might be and it was granted the following day. All these proceedings and events were withheld from me for whatever reasons and I have tried to know from my Attorney, what the settlement for which the case was dismissed was about and I have not been able to know it. Could the honorable Judge let me know what the terms of the settlement was about? Since I do not know the terms of the settlement agreement from my attorney, I request that the case be re-opened because of the strange sequence of events in the case as a matter of urgency.

Thank you for your cooperation.

Sincerely,

*[signature]*
Iheanyi D. Okoroafor
7 Ingram Street
South Hadley, MA 01075
Phone: (413) 534 3803