7 Ingram Street
South Hadley, MA 01075
June 26,2007

Elizabeth French
U. S. District Court
1550 Main Street
Springfield, MA 01103

Re: Iheanyi D. Okoroafor vs. Dept. of Mental Health et al
Dear Elizabeth,
I hereby write in response to your letter of June 25,2007 in which you claim that the
court was informed in writing on June 28,2006 according to your letter that the case has
been resolved or settled. The problem with your claim is that the one who advised you of
the so-called settlement in writing was the Defendants' Attorney without the Plaintiffs
Attorney's confirmation in writing and for that reason, commonsense would help one
know that the whole claim was a sham. Again, I would expect the court to demand the
terms of the settlement before dismissing the case so quickly as a procedure. In my last
settlement agreement with the Dept. of Mental Health, every one, including the Plaintiff
and the Defendants along with their attorneys signed before it became a legal document.
Why did the court not demand such a requirement before jumping to such a quick action
as though the court could not wait to dismiss the case as it did?

Now that 1 just realized the act of "obstruction of justice" committed through conspiracy
by the Commonwealth Attorney General's office and the Attorney who was supposed to
be representing me and by reporting the matter to the court I expected the court to be
enraged about such practice which amounts to "betrayal of trust of a client to cause him
to lose the case." I hereby categorically claim that there have been unusual and strange
events and proceedings that have taken place in this matter to suggest corrupt practices,
which can only be uncovered by re-opening the case. Does it not bother the court to learn
that those who are charged with the responsibility of upholding the law are the very
people who are perverting it? Again I want to know why the court should not take
seriously the charge that a licensed attorney willfully withheld information vital to the
outcome of a case from a client and you are telling me that you have sent a copy of my
letter to the attorney in question. For what purpose are you sending him a copy of my
letter? I want to know what Judge Michael A. Ponsor is saying about my request to re-
open the case forthwith? There need to be accountability iii this serious charge, which
affects the office of Attorney General of the Commonwealth, which is a challenge to the
integrity of our justice system.

1 therefore demand immediate re-opening of this case in the interest of justice. For the
fact that the court was lied to since the Plaintiff in this case is claiming that he did not
have any knowledge of the said settlement, I believe the court has a responsibility to
bring these Attorneys that engaged in perjury to account for their misrepresentation of
facts in the matter.
Thank you for your cooperation.

Thank you for your cooperation

Sincerely,

Daniel I. Okoroafor

Cc: Attorney-General Martha Coakley
    Judge Michael A. Ponsor