July 27, 2007

Dr. Iheanyi D. Okoroafor
7 Ingram Street
South Hadley, MA 01075

Maurice Lindsay
United States District Court
1500 Main Street
Springfield, MA 01103

RE: Case #3:05-CV-30184

Dear Sir or Madam,

I have been away from home for a month now and I have just recently received your letter in response to reopen the case under the number above. I was shocked by Judge Ponsor's response. While trying to find out about the odd handlings of this case by the court, I have received comments from staff at the clerk's office containing words such as "strange" and "unusual".

It became even more strange to me when the judge hurriedly granted a request for a settlement based upon lies and deceit from the so-called legal experts. Without cross checking whether even a settlement took place or not, is saying that he has no authority in re-opening the case. Is it possible that Judge Ponsor knew that there was no such settlement agreement and granted closure of the case anyhow? Also, if the judge was not aware of such a deceitful ploy, why was he not outraged by all of the dishonesty and lies displayed in the handling and execution of this case?

I do not see any reason why the judge denied my request to re-open the case. If the court has given the judge the authority to dismiss, close, or continue a case based on counsel's presentation, then I believe that Judge also has the authority to re-open a case based on a deceitful and fraudulent presentation given by counsel.

It is inconceivable that the judge was not outraged by these revelations. If the judge remains adamant in not opening the case, I would absolutely like to know the higher authority that I can direct my case to in order to seek a solution. Thank you for your cooperation and early response.

Sincerely,

Dr. Iheanyi D. Okoroafor
cc: Judge Michael A. Ponser