Dr. Iheanyi D. Okoroafor
7 Ingram Street
South Hadley, MA 01075
October 8, 2007

Elizabeth A. French, Deputy
Federal Building
1550 Main Street
Springfield, MA 01103

Re: 05-CV-30184-MAP

Dear Ms. French,
In response to your letter, which you indicated was an instruction from Judge Ponsor advising you to respond to my petition or motion to reopen the case stated above, I wish to inform you that contrary to the claim that my motion came after one year of his order that my motion was actually submitted on June 26, 2007, which was some three days before the expiration of one year anniversary of his order.

Considering the circumstances surrounding the delay in response on my part and the fact that I was misrepresented by the unholy alliance between the Attorney General's office and the Attorney that I paid to represent me, who actually betrayed Attorney/Client relationship, I believe that there is no reason why the Judge should not be able to reopen the case. In the interest of justice, I am again appealing to the honorable Judge for the reopening of the said case.

Thank you for your cooperation as you consider this appeal favorably.

Sincerely,

Iheanyi D. Okoroafor